# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| JESSICA BARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:13-cv-151-GZS |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 21) filed April 28, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED**:

1. The Decision of the Commissioner is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Recommended Decision.

2. The Plaintiff's Motion to Admit New Evidence (ECF No. 17) is **MOOT**.

                                            /s/ George Z. Singal
                                            United States District Judge

Dated this 20th day of May, 2014.